```
         IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                    DIVISION OF ST. CROIX

UNITED STATES VIRGIN ISLANDS    :     CIVIL ACTION
DEPARTMENT OF PLANNING          :
AND NATURAL RESOURCES           :
                                :
          v.                    :
                                :
ST. CROIX RENAISSANCE GROUP,    :
LLLP, et al.                    :     NO. 07-114
```

ORDER

AND NOW, this 28th day of January, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant St. Croix Renaissance Group, LLLP for partial summary judgment as to plaintiff's standing (Doc. No. 418) is DENIED.

```
                         BY THE COURT:


                         /s/ Harvey Bartle III
                         HARVEY BARTLE III            C.J.
                         SITTING BY DESIGNATION
```