```
              IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                         DIVISION OF ST. CROIX

UNITED STATES VIRGIN ISLANDS    :      CIVIL ACTION
DEPARTMENT OF PLANNING          :
AND NATURAL RESOURCES           :
                                :
           v.                   :
                                :
ST. CROIX RENAISSANCE GROUP,    :
LLLP, et al.                    :      NO. 07-114
```

ORDER

AND NOW, this 3rd day of February, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motion of defendant Century Alumina Company for summary judgment (Doc. No. 434) is GRANTED.

```
                          BY THE COURT:


                          /s/ Harvey Bartle III
                          HARVEY BARTLE III            C.J.
                          SITTING BY DESIGNATION
```