```
       IN THE DISTRICT COURT OF THE VIRGIN ISLANDS
                  DIVISION OF ST. CROIX

UNITED STATES VIRGIN ISLANDS   :     CIVIL ACTION
DEPARTMENT OF PLANNING         :
AND NATURAL RESOURCES          :
                               :
         v.                    :
                               :
ST. CROIX RENAISSANCE GROUP,   :
LLLP, et al.                   :     NO. 07-114
```

ORDER

AND NOW, this 4th day of March, 2011, for the reasons set forth in the accompanying Memorandum, it is hereby ORDERED that the motions of defendants St. Croix Renaissance Group LLLP, Virgin Islands Aluminum Company, Lockheed Martin Corporation, St. Croix Alumina LLC, and Alcoa World Alumina LLC for summary judgment (Doc. Nos. 427, 431, 441, and 447) are GRANTED.

                                   BY THE COURT:


                                   /s/ Harvey Bartle III
                                   HARVEY BARTLE III          C.J.
                                   SITTING BY DESIGNATION