IN THE DISTRICT COURT OF THE VIRGIN ISLANDS

DIVISION OF ST. CROIX

| | |
|---|---|
| UNITED STATES VIRGIN ISLANDS DEPARTMENT OF PLANNING AND NATURAL RESOURCES,<br><br>        Plaintiff,<br><br>v.<br><br>ST. CROIX RENAISSANCE GROUP, L.L.L.P., et al.<br><br>        Defendants. | ) <br> ) <br> ) <br> ) <br> ) **CIVIL ACTION NO. 2007-0114** <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## PLAINTIFF'S NOTICE OF SERVICE

Pursuant to LAR 31.1(a), Plaintiff, United States Virgin Islands Department of Planning and Natural Resources ("DPNR"), by and through its undersigned counsel, hereby provides notice that on this 18th day of September 2012, it has filed with the Clerk of the District Court the Brief for Appellant (Document 003111019003) which was filed on September 17, 2012 with the United States Court of Appeals for the Third Circuit, Case No. 11-2265.

LAW OFFICES OF JOHN K, DEMA, P.C.

Dated: September 18, 2012

  /s/ John K. Dema_____
John K. Dema, Esquire
Scott E. Kauff, Esquire
1236 Strand Street, Suite 103
Christiansted
St. Croix, USVI 00820
Ph: (340) 773-6142
Fx: (340) 773-3944

*VIRGIN ISLANDS DEPARTMENT OF PLANNING AND NATURAL RESOURCES v. ST. CROIX RENAISSANCE GROUP, L.L.L.P., et al.*

Plaintiff's Notice of Service                                                                                                                Page 2

        Vincent F. Frazer, Attorney General
        Office of the Attorney General
        Government of the Virgin Islands
        Department of Justice
        48B-50C Kronprindsens Gade
        GERS Building, Second Floor
        St. Thomas, USVI 00802
        Ph: (340) 774-5666
        Fx: (340) 774-9710

        *Attorneys for Plaintiff*

CO-COUNSEL:
Gordon C. Rhea, Esquire
RICHARDSON, PATRICK, WESTBROOK & BRICKMAN, LLC
1037 Chuck Dawley Boulevard, Building A
Mt. Pleasant, SC 29464
Ph: (843) 727-6616
Fx: (843) 216-6509

*VIRGIN ISLANDS DEPARTMENT OF PLANNING AND NATURAL RESOURCES v. ST. CROIX RENAISSANCE GROUP, L.L.L.P., et al.*

Plaintiff's Notice of Service                                                                                                    Page 3

## **CERTIFICATE OF SERVICE**

*I HEREBY CERTIFY* that on the 18th day of September 2012, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which I will send a notification of such filing (NEF) to the following:

**Joel H. Holt, Esquire**
Law Offices of Joel H. Holt
2132 Company Street
Christiansted, VI 00820
holtvi@aol.com

**Iver A. Stridiron, Esquire**
Virgin Islands Waste Management Authority
1 LaGrande Princesse, BL-1
Christiansted, VI 00820
istridiron@viwma.org

**Elizabeth Partlow, Esquire**
Ogletree Deakins Nash Smoak & Stewart, P.C.
1320 Main Street, Suite 600
Columbia, SC 29201
beth.partlow@ogletreedeakins.com

**David J. Cattie, Esquire**
Ogletree, Deakins, Nash, Smoak & Stewart, PC
The Tunick Building, 1336 Beltjen Rd.,
Suite 201
St. Thomas, VI 00820
David.cattie@ogletreedeakins.com

**Donald A. Cockrill**
Ogletree Deakins Nash Smoak & Stewart, P.C.
The Ogletree Building
300 North Main Street
Greenville, SC 29601
Donald.cockrill@ogletreedeakins.com

**Simone Francis, Esquire**
Ogletree, Deakins, Nash, Smoak & Stewart, PC
The Tunick Building, 1336 Beltjen Rd.,
Suite 201
St. Thomas, VI 00820
simone.francis@ogletreedeakins.com

**Carl J. Hartmann, III, Esquire**
**Kimberly Japinga, Esquire**
5000 Estate Coakley Bay, Unit L-6
Christiansted, VI 00820
carl@carlhartmann.com
kimjapinga@carlhartmann.com

**Henry V Carr, III**
V.I. Port Authority
Cyril E. King Airport
P.O.Box 301707
St Thomas, VI 00802
hvcarr3rd@hotmail.com

**Cassandra C. Collins**
**Dan Jordanger, Esquire**
Hunton & Williams, LLP
Riverfront Plaza, East Tower
951 E. Byrd Street
Richmond, VA 23219
djordanger@hunton.com
scollins@hunton.com

**Charles A. Gall, Esquire**
Hunton & Williams, LLP
Fountain Place, 1445 Ross Avenue, Suite 3700
Dallas, TX  75202-2799
cgall@hunton.com

*VIRGIN ISLANDS DEPARTMENT OF PLANNING AND NATURAL RESOURCES v. ST. CROIX RENAISSANCE GROUP, L.L.L.P., et al.*

Plaintiff's Notice of Service                                                                                                           Page 4

**David I. Ruskin, Esquire**
44 Malibu Road
Stamford, CT 06903
druskin@gmail.com

**Kevin A. Rames, Esquire**
K. A. Rames, P.C.
2111 Company Street, Suite 3
Christiansted, VI 00820
kevin.rames@rameslaw.com

**Jeffery Sepesi, Esquire**
Law Office of Jeffery Sepesi
8389 Seneca Pointe
Eden Prairie, MN 55347
j.sepesi@att.net

**Stephen J. Darmody, Esquire**
**Maria Camila Tobon, Esquire**
Shook, Hardy & Bacon L.L.P.
Miami Center Suite 2400
201 Biscayne Boulevard
Miami, FL 31-4332
sdarmody@shb.com
mtobon@shb.com

*And I HEREBY CERTIFY* that on the 18th day of September 2012, I have mailed the documents by U.S. mail, postage prepaid, to the following non-filer users:

**Vincent F. Frazer, Attorney General**
Office of the Attorney General
Government of the Virgin Islands
Department of Justice
48B-50C Kronprindsens Gade
GERS Building, Second Floor
St. Thomas, USVI 00802

**William Wright, Esquire**
Riverfront Plaza-East Tower
951 East Byrd Street
Richmond, Virginia 23219

**Eric C. Schweitzer, Esquire**
Ogletree Deakins Nash Smoak & Stewart, P.C.
211 King Street, Suite 200
Charleston, SC 29402

/s/ John K. Dema
John K. Dema, Esquire
Attorney for Plaintiff
1236 Strand Street, Suite 103
Christiansted, St. Croix  00820-5008
Phone:  (340) 773-6142
Fax:  (340) 773-3944
jdema@lojkd.com